To:        Honorable Judge Noel L. Hillman
           United States District Court
           District Of New Jersey
           400 Cooper Street
           Camden, New Jersey 08102


From:      Jeremy Williams
           RN: 63734-054
           FPC-Schuylkill  Unit-2
           P.O. Box 670
           Minersville, PA  17954-0670

*RECEIVED*

*AUG 1 4 2014*

*AT 8:30 ___ M*
*WILLIAM T. WALSH CLERK*

Re:    Jeremy Williams v. Drug Enforcement Administration
       Case No. 1:12-cv-00850-NLH-JS

Dated: _August 10th_ , 2014

Dear Clerk,

        Enclosed you will find plaintiff-claimant's supplemental response
to the motion [15]. All concerned parties have been served as is reflected
in the 'proof of service'. Kindly list the same before the court and please
acknowledge receipt of this response.

        I thank you for your time and attention.

                                    Sincerely,

                                    /s/ Jeremy Williams
                                    Jeremy Williams

United States District Court
District Of New Jersey

| | |
|---|---|
| Jeremy Williams<br>        Plaintiff-Claimant | :<br>:<br>: |
| | : No. 1:12-cv-00850-NLH-JS |
| v. | :<br>: Civil Action |
| Drug Enforcement Administration<br>        Defendant-Respondents | :<br>: |

**Affidavit with Motion(s) For Reduction of Time For Defendant, DEA To Respond To Plaintiff's Interrogatories And Admissions Within 10 days; or For The CourtTo Give The Parties 75 days RE: Summary Judgement Restructuring, And For Leave To Amend The Complaint Under 42 USC § 1983, 1985, and Rule 41(g)**

Comes now Jeremy Williams, and for the reasons, critical factual development needs to be presented. Since the court converted the pleadings into one for Summary Judgement under Fed. R. Civ. P., Rule 56, plaintiff hereby files this affidavit with motion(s) for reduction of time for defendant, DEA to respond to plaintiff's interrogatories and admissions within 10 days; or for the court to give the parties 75 days Re: Summary Judgement Restructing, and for leave to amend the complaint under 42 USC § 1983, 1985, and Rule 41(g). For the following reasons:

1. On July 31st 2014, this honorable court ordered the pleadings between the parties to be converted from a motion to dismiss under 12(b) to one for Summary Judgement under Rule 56.

2. Plaintiff is a black male (African American) which the court may take **Judicial Notice** of from the court's files. And, it is because of his race why the DEA, white agents deprived him of his BMW and charged him with federal crimes in the first place. The following are the plaintiff's requested leave to amend his complaint.

### 42 USC § 1983-Civil Rights Violations

1

3. Jurisdiction exist pursuant to 42 USC § 1983. Plaintiff's rights to his property, A 2006 BMW was deprived by the defendant, DEA. And Agents deprived him of his rights to his property in violation of the U. S. Constitution; which secured his rights under color of law. And, such person or government entity is liable in civil penalty for such violations and wrongfully taking. See Exhibits 1-7.   Plaintiff incorporates his original Complaint here.

## 42 USC § 1985-Conspiracy

4. Conspiracy to interfer with plaintiff's civil rights.

When the DEA and its agents unlawfully seized plaintiff's BMW it violated plaintiff's civil rights as they acted in a conspiracy to deprive plaintiff of his civil rightspursuant to the U. S. Constitution, 4th and 5th Amendment rights against unlawfully taking of his BMW without compensation. See Exhibits 1-7.  Again Plaintiff incorporates his Complaint here.

## 41(g) Unlawfully Taking Of property

5. Plaintiff is aggrieved by the unlawfully seizure of his BMW by the DEA and its agents. And, if such is the case the complaint should be filed in the District Court where the property was seized; which is the District Court of New Jersey under civil action No. 1:12-cv-00850-NLH-JS. See Exhibits 1-7.  Again Plaintiff's Complaint is realleged here as well.

## Summary Judgement Should Be Denied, Genuine Undisputed Fact(s) Exist

6. All plaintiff need to show to defeat the government's, movant's, motion for Summary Judgement under Fed. R. Civ. P., Rule 56, is that there is a genuine issue of material fact in dispute. Here there are many facts in disputed as follows:

7. Plaintiff has alleged that his vehicle, A 2006 BMW was his and the government seized it in violation of his constitutional right under 41(g).

8. Plaintiff has alleged that the government deprived him of his BMW based on race (he is a black man and the takers were white men) in violation of his civil rights under 42 USC§ 1983 and in violation of the U. S. Constitution 4th and 5th Amendments, that they took his BMW based on race.

9. Plaintiff has alleged that the government, DEA, and its agents acted in a conspiracy to deprive him of his BMW in violation of 42 USC § 1985.

## Plaintiff Hereby Seeks Leave Of Court To Renew His Complaint And Enhance Facts

10. The Court Allowed the defendant, DEA's sworn statements/declarations (not appropriate for the 12(b) motion) and accepted them as part of its created Summary Judgement. And, the court also required plaintiff to prove Juridiction of the court; and gave plaintiff 20 days to respond.

11. In order for plaintiff to defeat Summary Judgement plaintiff realleges that his BMW was taken by the government without a right of reasonable opportunity for plaintiff to defend. The BMWwas purchased from an autombile accident settlement involving (plaintiff insurance claim payment) in 2009. And there was neverany evidence or proof in plaintiff's plea (when the matter was U.S. v. Jeremy Williams) remotely connecting plaintiff's BMW to any crime or being used in anyway to further illegal drug activity.

Plaintiff incorporated every word above and below as well as exhibits 1-7 attached to all of these pleadings filed today with his combined affidavit. And, Relies on the court's inherent power and duty of fairness since plaintiff is a pro se litigant. And, has no compurter to re-state and re-type everything in pretty little sections.

12. Plaintiff has submitted his sworn affidavit, which alleges genuine issues of material facts which precludes the granting of a Summary Judgement particularly where the court is required to view the allegations of facts in the light most favorable to the non-movant party, plaintiff, Jeremy Williams, herein.

## Points & Authorities

13. Plaintiff presents his case opposing Summary Judgement and cities the landmark case of Anderson v. Liberty Lobb, Inc.,477 U.S. 242, 248 (1986) et. al. Since both parties rely on Anderson v. Liberty Lobb, Inc., the pleadings submitted herein, with the additional pleadings to be supplemented by defendant's

3

(a) Admissions and (b) Answer to Interrogatories.

14. Plaintiff also, relies in this court's inherent powers and sense of reasons and judgement.

Plaintiff's car had nothing to do with his conviction and there is no evidence that plaintiff used his BMW to further any drug dealing or any illegality. See plaintiff's affidavit and motion(s).

Wherefore, it is respectfully requested that plaintiff's motion seeking jurisdiction of the court be granted and that the court denies any motion for Summary Judgement for the government, DEA.

Jeremy Williams, Pro SE

4

## Affidavit Under Oath

I, Jeremy Williams, State under peanlty of perjury, that to the best of my knoledge and belief the information and facts stated in this affidavit and in the motion(s) are true; and that if, and when called to testify in court, plaintiff would again sware before this court that every fact stated in this affidavit and motion(s) are true.

Dated: *August 10th* _____ 2014

*Jeremy Williams*
Jeremy Williams

## Certificate Of Service

I, Jeremy Williams, Hereby certify that I did cause to be mailed A true and correct copy of the within Affidavit with Motion, and exhibits to the following, via first class postage, From FPC-Schuylkill, P.O. Box 670, Minersville, PA 17954 on this *10th* day of *August* _____ 2014; to:

Paul J. Fishman, esq.
United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

## Certificate In Lieu Of Oath

I, Jeremy Williams, hereby certify that the above statements made by me are true and correct, and I am aware of the penalties for false swearing. Invoking 28 USC § 1746, penalty of perjury.

Dated: *August 10th* _____ 2014      /s/ *Jeremy Williams*
Jeremy Williams

# POLICE ACCIDENT REPORT (NYC)
New York State Department of Motor Vehicles
MV-104AN (5/04)

Page ___ of ___ Pages

Precinct 49

Accident No. 213 6 -

Complaint Number

☐ AMENDED REPORT

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 10 | Day 18 | Year 2009 | SUNDAY | 1330 | 3 | 1 | 0 | Reconstructed ☐ | ☐ | ☐ Yes ☐ No |

☐ VEHICLE 2   ☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

**VEHICLE 1**

| VEHICLE 1 - Driver License ID Number | 689 388 006 | State of Lic. NY |
|---|---|---|
| Driver Name -exactly as printed on license | SANTIAGO, TAHNISHA, R | |
| Address (Include Number & Street) | 917 TILDEN STREET | Apt. No. 2 |
| City or Town BRONX | State NY | Zip Code 10469 |

| VEHICLE 2 - Driver License ID Number | 747 220 795 | State of Lic. NY |
|---|---|---|
| Driver Name - exactly as printed on license | VERA, RICHARD | |
| Address (Include Number & Street) | 1841 ROSALIT AVE | Apt. No. 2 |
| City or Town BRONX | State NY | Zip Code 10462 |

| Date of Birth Month 11 Day 23 Year 78 | Sex F | Unlicensed ☐ | No. of Occupants 1 | Public Property Damaged ☐ |
|---|---|---|---|---|

| Date of Birth Month 3 Day 22 Year 63 | Sex M | Unlicensed ☐ | No. of Occupants 1 | Public Property Damaged ☐ |
|---|---|---|---|---|

| Name—exactly as printed on registration | WILLIAMS JEREMY | Sex | Date of Birth Month Day Year |
|---|---|---|---|
| Address (Include Number & Street) | 17 W 139 ST. A | Apt. No. 3E | Haz. Mat. Code | Released ☐ |
| City or Town NEW YORK, NY | State | Zip Code 10037 |

| Name—exactly as printed on registration | YNFANTO RAFAEL, R | Sex | Date of Birth Month Day Year |
|---|---|---|---|
| Address (Include Number & Street) | 168 MAYNARD ST. | Apt. No. | Haz. Mat. Code | Released ☐ |
| City or Town YONKERS | State NY | Zip Code 10704-1807 |

| Plate Number FMH5790 | State of Reg. NY | Vehicle Year & Make 2002 JEEP | Vehicle Type SUBN | Ins. Code 193 |
|---|---|---|---|---|

| Plate Number BCPZ7S2 | State of Reg. NY | Vehicle Year & Make 1998 DODGE | Vehicle Type SUBN | Ins. Code 639 |
|---|---|---|---|---|

Ticket/Arrest Number(s)

Violation Section(s)

**Check if involved vehicle is:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit.
☐ operated with an overdimension permit.

**Check if involved vehicle is:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit.
☐ operated with an overdimension permit.

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

| Rear End 1. | Left Turn 2. | Right Angle 3. | Right Turn 4. | Head On 7. |
|---|---|---|---|---|
| Sideswipe (same direction) 2. | Left Turn 0. | | Right Turn 6. | Sideswipe (opposite direction) 8. |

**VEHICLE 1 DAMAGE CODES**

| Box 1 - Point of Impact | 1 | 0 |
| Box 2 - Most Damage | 1 | 0 |
| Enter up to three more Damage Codes | 3 | 4 | 5 |

Vehicle By ____ Towed: To ____

**VEHICLE 2 DAMAGE CODES**

| Box 1 - Point of Impact | 2 | 2 |
| Box 2 - Most Damage | 2 | 3 |
| Enter up to three more Damage Codes | 3 | 4 | 5 |

Vehicle By ____ Towed: To ____

**ACCIDENT DIAGRAM**

FIRST EVENT.

BOSTON RD.

PARKED.

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☐ Yes   ☐ No

**VEHICLE DAMAGE CODING:**
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

| Reference Marker | Coordinates (if available) Latitude/Northing: Longitude/Easting: | Place Where Accident Occurred: ☒ BRONX ☐ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND |
|---|---|---|

Road on which accident occurred BOSTON RD
(Route Number or Street Name)

at 1) intersecting street YATES AVE
(Route Number or Street Name)

or 2) ☐ N ☐ S ☐ E ☐ W ☐ Feet ☐ Miles of ____
(Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes: AT TWO V1 STATED SHE WAS PROCEEDING THROUGH INTERSECTION WHEN SHE WAS STRUCKED BY V2. V2 STATED V1 WAS PROCEEDING THROUGH INTERSECTION AND STOPPED SUDDENLY CAUSING HIM TO CAUSE IN TO V1 WHICH HE THEN LOST CONTROL OF HIS VEH WHERE HE COLLIDES INTO V3. V1 REMOVED TO HOSPITAL.

| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A A | | | 4 | | | | F | 10 | 14 | 6 | | 7003 | SANTIAGO, TAHNISHA, R | — |
| B | 2 | | 4 | | | M | | | 6 | | | | VERA, RICHARD | — |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | |

Ex-1

PERSONS KILLED OR INJURED IN ACCIDENT (Letter designation of persons killed or injured must correspond with letter designation on front).

| A Last Name SANTIAGO | First TAHINSHA | M.I. K | D Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address 977 TILDEN ST. 2 | | | Address | | |
| Date of Birth 11 Month 03 Day 78 Year | Telephone (Area Code) ( ) | | Date of Birth Month Day Year | Telephone (Area Code) ( ) | |
| B Last Name | First | M.I. | E Last Name | First | M.I. |
| Address | | | Address | | |
| Date of Birth Month Day Year | Telephone (Area Code) ( ) | | Date of Birth Month Day Year | Telephone (Area Code) ( ) | |
| C Last Name | First | M.I. | Highway Dist. at Scene? ☐ Yes ☐ No Name: | | |
| Address | | | | | |
| Date of Birth Month Day Year | Telephone (Area Code) ( ) | | | | Shield No. |

ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.

Vehicle No. 1 _A06-228-229680-40   8_       Vehicle No.2 _408649 3287_

Expiration Date _11-19-2009_       Expiration Date _01/27/2010_

VIN _1 J8GW68J62C185159_       VIN _2B7HB11X6WK124523_

WITNESS (Attach separate sheet, if necessary)

| Name | Address | Phone |
|---|---|---|
| | | |
| | | |
| | | |

DUPLICATE COPY REQUIRED FOR:

☐ Dept. of Motor Vehicles (if anyone is killed/injured)

☐ Motor Transport Division (P.D. vehicle involved)

☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)

☐ Other City Agency (Specify)

☐ Office of Comptroller (if a City vehicle involved)

☐ Personnel Safety Unit (if a P.D. vehicle involved)

☐ Highway Unit _____

NOTIFICATIONS: (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

PROPERTY DAMAGED (other than vehicles)       OWNER OF PROPERTY (include city agency, where applicable)

IF NYPD VEHICLE IS INVOLVED:

| Police Vehicle—Operator's First Name | Last Name | | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | | Dept. Vehicle No. | Assigned To What Command |

Equipment in Use At Time of Accident

| Date/Time Reviewed | Reviewing Officer HOUSING | Post/Sector 67 | Precinct | NCIC No. 03030 | Tax ID No. 667046 | | Officer's Rank and Signature Print Full Name |
|---|---|---|---|---|---|---|---|

Ex-1

CLAIM OFFICE ADDRESS
PO BOX 1051
MONTGOMERY TWP, NY 18956-1051

**Liberty Mutual.**

B. CODE 251

CONTACT: SALA,TINA
PHONE: 800-252-5730

| CHECK REFERENCE | CHECK DATE |
|---|---|
| 24107513 | 10/26/09 |

| CHECK AMOUNT | BLOCK NUMBER |
|---|---|
| ***$4500.00 | 001414 |

PAGE 1 OF 1

ACCIDENT DATE: 10/18/09

INSURED NAME: WILLIAMS,JEREMY

CLAIMANT NAME: WILLIAMS,JEREMY

OSN: VV0101102601-001414
CLAIM NUMBER: 012684959-0001
POLICY NUMBER: AO6-228-229680-408
INSURED OPERATOR: WILLIAMS,JEREMY

| COVERAGE | INVOICE NO | DATES OF SERVICE | CHARGES | PAID AMT | ADJUSTMENTS |
|---|---|---|---|---|---|
| COLLISION | | | 4500.00 | 4500.00 | |

PAYMENT TO: JEREMY WILLIAMS

| | |
|---|---|
| TOTAL CHARGE: | 4500.00 |
| TOTAL PAID: | 4500.00 |
| TOTAL DEDUCTIBLE: | 0.00 |
| TOTAL WITHHOLDING: | 0.00 |
| CHECK AMOUNT: | 4500.00 |

NOTES
THIS PAYMENT REPRESENTS PARTIAL PAYMENT ON THE TOTAL LOSS VALUE OF YOUR VEHICLE.  COST TO REPAIR EXCEEDS THE VALUE
OF YOUR VEHICLE PRIOR TO THE ACCIDENT.

Ex- 2

PLEASE REFERENCE CLAIM NO AND SEND THIS EOP WITH ALL CORRESPONDENCE

CAREFULLY DETACH CHECK BEFORE DEPOSITING - RETAIN STATEMENT FOR YOUR RECORDS





**Liberty Mutual.**

The First Liberty Insurance Corporation
PO Box 1051

Montgomery Twp NY 18936-1051
Tel: (800) 252-5730 / (800) 252-5730
Fax: (800) 632-3689

November 02, 2009

JEREMY WILLIAMS
15 W 139TH ST APT 3E
NEW YORK NY 10037-1512

CLAIM NUMBER: PD203-012684939-01
DATE OF LOSS: 10/18/2009

Dear Mr. Williams:

The enclosed check for $9244.31 represents the final payment for this loss.

> **Please Note:** We will attempt to recover the full amount of your loss, including
> your deductible, from the other party involved in the accident. This recovery
> effort, or "subrogation, " will be handled by our Islandia Subrogation Unit. The
> subrogation process usually takes some time and we will notify you as soon as we
> know the outcome.

It has been our pleasure to assist you with your claim. If you have questions about any aspect of
your settlement, please call me at the number listed above, extension 7276537.

Sincerely,

MELISSA JEGEDE
Claims Department

Enclosure

PLEASE BE ADVISED THAT YOUR CHECK HAS BEEN SENT IN SEPARATE ENEVLOPE.

New York State Department of Motor Vehicles
## RETAIL CERTIFICATE OF SALE

**TYPE OF SALE**
☐ WHOLESALE *OR* ☐ RETAIL:
☐ New ☐ Used ☐ Demo ☐ Salvage

No. **35247349**

**VEHICLE INFORMATION:**

| Year | Make | Model | Body Type | Color | Weight *(Unladen)* | Fuel Type: | Cylinders | Adult Seating Capacity |
|------|------|-------|-----------|-------|--------------------|-----------|-----------|------------------------|
| | Bonco | 330 | | | | | | |

| Vehicle Identification Number | Lien(s) | Inspection Certificate Number | Date of Inspection | Inspection Station Number |
|-------------------------------|---------|-------------------------------|--------------------|----------------------------|
| | | | | 7071541 0 |

| Plate/Permit Number | Number of Dealer Plate Loaned | ☐ Lease Buyout (Insp. Not Required) | Selling Price $ |
|---------------------|-------------------------------|-------------------------------------|-----------------|
| | | | |

**DEALER INFORMATION** *(Print Name and Address)*

**PURCHASER INFORMATION** *(Print Name and Address)*

Date of Sale: 10/29/09

Westchester muffler shop Inc, 714 Southern Blvd, Bronx NY 1245

**PRIOR OWNER INFORMATION** *(Print Name and Address Source of Ownership)*

Date of Purchase

## ODOMETER DISCLOSURE STATEMENT

Federal and state laws require that you state the mileage of the vehicle described on this certificate, when transferring ownership. Failure to do so, or not telling the truth about the mileage may result in fines and/or imprisonment.

The odometer on the vehicle described above has: ☐ 5 digits ☑ 6 digits, not including tenths

ODOMETER READING

☑ I certify that, to the best of my knowledge, this odometer reading reflects the "ACTUAL MILEAGE" of the vehicle described above.

☐ I certify that, to the best of my knowledge, this odometer reading "EXCEEDS MECHANICAL LIMITS."

(no tenths)

☐ I certify that, to the best of my knowledge, this odometer reading is "NOT THE ACTUAL MILEAGE. **WARNING: ODOMETER DISCREPANCY.**"

**DEALER CERTIFICATION:**
*I certify:* The vehicle described above was sold to the purchaser on the date indicated. At the time of delivery the purchaser was entitled to register the vehicle. This vehicle complied with equipment requirements of the Commissioner's Regulations. At the time of delivery, such equipment was in condition and repair to render satisfactory and adequate service on the public highway under normal use. Equipment certification does not apply to a vehicle sold as new, wholesale, or salvage. All New York State and local taxes due as a result of this sale have been collected from the purchaser. False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

| DEALER *(or authorized representative) - (SIGN full name)* | PRINT full name of dealer or authorized rep. | Date | Dealer Facility No. |
|-----------------------------------------------------------|----------------------------------------------|------|---------------------|
| | | 10/29/09 | 7071 |

| PURCHASER - *(SIGN full name)* | PRINT full name of purchaser | Date | Selling Dealer NYS Sales Tax No. |
|--------------------------------|------------------------------|------|----------------------------------|
| | | 10/28/09 | |

**PART 3 — CUSTOMER COPY**
*ANY CHANGE OR ALTERATION VOIDS THIS CERTIFICATE*

MV-50 (03/04)

Ex-4

CLAIM
PO BOX 1051
MONTGOMERY TWP, NY 18936-1051

CONTACT: JEGEDE, MELISSA
PHONE:   800-252-5730

**Liberty Mutual.**

| 3. CODE | CHECK REFERENCE | CHECK DATE |
|---|---|---|
| | 24156402 | 11/03/09 |
| 251 | CHECK AMOUNT | BLOCK NUMBER |
| | ***$4744.31 | 001528 |
| | PAGE   1 OF   1 | |

ACCIDENT DATE: 10/18/09

INSURED NAME: WILLIAMS, JEREMY

CLAIMANT NAME: WILLIAMS, JEREMY

OSN: VV0101110301-001528
CLAIM NUMBER: 012684939-0001
POLICY NUMBER: AO6-228-229680-408
INSURED OPERATOR: WILLIAMS, JEREMY

| COVERAGE | INVOICE NO | DATES OF SERVICE | CHARGES | PAID AMT | ADJUSTMENTS |
|---|---|---|---|---|---|
| COLLISION | | | 9744.31 | 5244.31 | 99 |

PAYMENT TO: JEREMY WILLIAMS

| | |
|---|---|
| TOTAL CHARGE: | 9744.31 |
| TOTAL PAID: | 5244.31 |
| TOTAL DEDUCTIBLE: | 500.00 |
| TOTAL WITHHOLDING: | 0.00 |
| CHECK AMOUNT: | 4744.31 |

ADJUSTMENT CODE NOTES:
99    99 - OTHER

NOTES
  THANK YOU FOR INSURING WITH LIBERTY MUTUAL

Ex-5

PLEASE REFERENCE CLAIM NO AND SEND THIS EOP WITH ALL CORRESPONDENCE

CAREFULLY DETACH CHECK BEFORE DEPOSITING - RETAIN STATEMENT FOR YOUR RECORDS



Ex 6 @

WILLIAMS, JEREMY
17 W 139 ST APT 3E
NEW YORK                    NY 10037

000256



NEW YORK STATE

www.nysdmv.com

| Title and Identification No. | | | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|---|---|
| WBAVD33596KV59575 | | | 2006 | BMW | 330 | 4DSD | 496749C |
| WBAVD33596KV59575 | | | | | | | |
| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | | Date Issued |
| LT/BL | 3671 | GAS | 6 | USED | VEHICLE | | 11/19/09 |

Name and Address of Owner(s)                    ODOMETER READING:      69612

WILLIAMS, JEREMY                    ACTUAL MILEAGE
17 W 139 ST APT 3E
NEW YORK NY        10037



This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration of your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder ————————          Lienholder ————————

NO LIEN RECORDED                    NO LIENS RECORDED

Lienholder                              Lienholder

NO LIENS RECORDED                    NO LIENS RECORDED

# ABRAMSON & MORAK

## ATTORNEYS AT LAW
## 35 WORTH STREET
## NEW YORK, NEW YORK 10013
www.abramsonmorak.com

ALAN M. ABRAMSON*
GLENN H. MORAK

(212) 226-7098
FAX (212) 226-4559

ASHLEY M. HEANEY*

*MEMBER OF NEW YORK AND CONNECTICUT BARS

September 21, 2010

Asset Forfeiture Section
Office of Operations Management,
Drug Enforcement Administration
8701 Morrissette Drive
Springfield, VA 22152

Re: DEA Case No.: C1-07-Z059
    Asset ID No.: 10-DEA-535331

To Whom It May Concern:

My name is Jeremy Williams. On July 22, 2010, my 2006 BMW 330i was seized by the Drug Enforcement Administration.

I understand this vehicle was seized in connection with my arrest. This car was bought after the settlement of a car accident involving our 2002 Jeep Grand Cherokee. I have included my insurance information regarding payment to prove ownership.

Please accept this letter as my petition for pardon of forfeiture. I am requesting the return of my vehicle. Please feel free to communicate directly with the law firm of Abramson & Morak, 35 Worth Street, New York, NY 10011; Phone 212-226-7098.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2010.

Very truly yours,

Jeremy Williams

SWORN TO ME THIS   OF SEPTEMBER 2010

NOTARY PUBLIC

ASHLEY M. MOORE
Notary Public, State of New York
NO. 02MO6172681
Qualified in New York County
Commission Expires Aug. 13, 2011

2010 SEP 29 PM 1:55

RECEIVED
FORFEITURE SECTION

Exhibit 11

1094

Ex- 7

United States District Court
District Of New Jersey

Jeremy Williams           :
    Plaintiff-Claimant     :
                   :
                   : No. 1:12-cv-00850NLH-JS
                   :
                   :
v.                        :
                   :
                   : Civil Action
                   :
Drug Enforcement Administration :
    Defendant-Respondents

---

**Plaintiff's First Set Of Interrogatories To Defendant, DEA**

---

Interrogatories to Defendant, DEA:

Comes now plaintiff, Jeremy Williams, files his request
for interrogatories pursuant to Fed. R. Civ. P., Rule 33, since
the court converted the parties pleadings from a motion to
dismiss under 12(b) to one for Summary Judgment; the defendant
answers to interrogatories is critical for plaintiff to respond
to Summary Judgment. These are the interrogatories requests as
follows:

1. State whether the government's entity named in this lawsuit
is the proper party to be sued. And, if not who is the proper
party.

2. State whether the government took plaintiff's BMW, A 2006
sedan automobile from plaintiff's home parking lot. And, if so
name the division of the government who authorized the taking
and the supervisor's name.

3. State whether the government took plaintiff's automobile
without a warrant.

4. State whether the government gave any notice of the government's

1

seizure or attempted forfeiture occured while plaintiff was incarcerated in Metropolitan Correctional Center, 150 Park Row, New York, Ny 10007.

5. State whether the government under such circumstances plaintiff had no ability to exercise his right to claim automobile because he was fighting for his freedom.

6. State whether the government over the past 10 years under these facts and circumstances the government has been ordered by a court, with jurisdiction to return said automobile to the owner.

7. State whether the government in similar complaints the U.S. District Court's exercised jurisdiction particularly in personal property claim cases.

8. State whether the government in any separate hearing conducted by the government that no notice was ever submitted to plaintiff of a court date when the government sought to permanently deprive plaintiff of his BMW.

9. State whether the government acted to permanently deprive plaintiff of his BMW. The government knew where plaintiff was incarcerated, but failed to produce plaintiff with reasonable notice as required by the U. S. Constitution, 4th Amendment and 5th Amendment.

10. State whether the government on September 21, 2010 plaintiff's attorney's Abramson & Morak, submitted to the defendant, DEA, clearly proving that the subject BMW was prchased, and that plaintiff purchased it from proceeds of a automobile accident in 2009. See Exhibits 1-7.

11. State whether the government knew plaintiff did not use the said BMW to further any illegal drug activity. The DEA still

2

seized the automobile. And, is now trying to keep plaintiff's BMW in violation of the federal laws and U. S. Constitution.

12. State whether plaintiff is a black male and that the agents who deprived plaintiff of his BMW were white males; and name the said white males.

### Notice To Defendant DEA

You are required to answer the above interrogatories questions and state the name of the person answering. And, if you will not agree to prove such answers within 10 days (as opposed to 30 days the law requires), the attached motion to shorten time to answer is hereby filed with the court.

Respectfully Submitted

Dated: *August 10th* 2014

Jeremy Williams

3

## Certificate Of Service

I, jeremy Williams, Hereby certify that I did cause to be mailed a true and correct copy of the within Interrogatories and exhibits to the following, via first class postage, from FPC-Schuylkill, P. O. Box 670, Minersville, PA 17954 on This _10th_ day of _August_ 2014; To:

Paul J. Fishman
United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

## Certificate InLieu Of Oath

I, Jeremy Williams, hereby certify that the above statements made by me are true and correct, and I am aware of the penalties for false swearing. Invoking 28 USC § 1746, penalty of perjury.

Dated: _August 10th_ 2014           /s/ _Jeremy Williams_
                                        Jeremy Williams

4

United States District Court
District Of New Jersey

Jeremy Williams                              :
    Plaintiff-Claimant                :

                           : No. 1:12-cv-00850-NLH-JS
                           :
v.                                           :
                           : Civil Action
                           :
                           :
Drug Enforcement Administration              :
    Defendant-Respondents             :

---

**Plaintiff's Request for Admisions From Defendant and moves for reduction of time for Government to Respond**

---

Request for Admissions to DEA:

      Comes now plaintiff, Jeremy Williams, files his request for Admissions pursuant to Fed. R. Civ. P., Rule 36. Since the court converted the parties pleadings from a motion to dismiss under 12(b) to one for Summary Judgement; the defendant answers to Admissions is critical for plaintiff to respond to Summary Judgement. These are the Admissions requests as it follows:

1. Admit that the government entity named in this lawsuit is the proper party to be sued.

2. Admit that the government took plaintiff's automobile, a 2006 BMW sedan, from plaintiff's home parking lot.

3. Admit that the government took plaintiff's automobile without a warrant.

4. Admit that any notice of the government's seizure or attempted forfeiture occured while plaintiff was incarcerated in Metropolitan Correctional Center, 150 Park Row, New York, NY 10007.

5. Admit that under such circumstances plaintiff had no ability to exercise his right to claim automobile; because he was fighting for his freedom.

6. Admit that the said BMW was not part of plaintiff's indictment and there was no mention of said BMW being a part of plaintiff's plea when he was a defendant in MCC, New York in the year 2010.

1

7. Admit that over the past 10 years under these facts and circumstances
the government has been ordered by a court with jurisdiction to return said
automobile(s) to the owner.

8. Admit that in similar complaints the U. S. District Court's exercised
jurisdictions, particularly in personal property claim cases.

9. Admit that in any separate hearing conducted by the government, no notice
was ever submitted to plaintiff of a court date when the government sought
to permanently deprive plaintiff of his BMW.

10. Admit that when the government acted to permanently deprive plaintiff
of his BMW, the government knew where plaintiff was incarcerated. But failed
to provide plaintiff with reasonable notice as required by the U. S. Constitution,
4th and 5th Amendments.

11. Admit that on September 21, 2010, plaintiff's attorneys, Abramson & Morak,
submitted to the defendant, DEA, clearly proving that the subject BMW was
not a drug related purchase, and that plaintiff purchased it from proceeds
of a automobile accident in 2009. See Exhibits 1-7.

12. Admit that eventhough the government knew plaintiff did not use the said
BMW to further any illegal drug activity, the DEA still seized the automobile.
And, is now trying to keep plaintiff's BMW in violation of the federal laws
and U. S. Constitution.

13. Admit that the plaintiff is a black male and that the agents who deprived
plaintiff of his BMW were white males; and name the said white males.

### Notice To Defendant, DEA

You are required to answer the above Admissions questions and state
the name of the person answering. And, if you will not agree to provide such
answers within 10 days(the law allows 30), the attached motion to shorten
time to answer is here by filed with the court.

Dated: _August 10th_ 2014

Respectfully Submitted,

Jeremy Williams, Plaintiff

2

## Certificaton Of Service

I, Jeremy Williams, Hereby certify that I did cause to be mailed a true and correct copy of the within Admissions and exhibits to the following, via first class postage, from FPC-Schuylkill, P. O. Box 670, Minersville, PA 17954 on This _10th_ day of _August_ 2014; To:

Paul J. Fishman
United States Attorney
970 broad Street, Suite 700
Newark, New Jersey 07102

## Certification In Lieu Of Oath

I, Jeremy Williams, hereby certify that the above statements made by me are true and correct, and I am aware of the penalties for false swearing. Invoking 28 USC § 1746, penalty of perjury.

Dated: _August 10th_ 2014                    /s/ _Jeremy Williams_
                                                         Jeremy Williams

3